UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BIN LANG and ZIYI ZHOU, on behalf of a minor, B.L., | NO. C19-1454RSL |
|---|---|
| Plaintiffs, | |
| v. | ORDER GRANTING LEAVE TO AMEND |
| BELLEVUE SCHOOL DISTRICT, | |
| Defendant. | |

This matter comes before the Court on plaintiffs' "FRCP 15(a) Motion for Leave to Amend Complaint." Dkt. # 8. The motion is both timely and unopposed: it is therefore GRANTED. Plaintiffs may, within fourteen days of the date of this Order, file an amended complaint in substantially the same form as Exhibit 1 to the Declaration of Lara Hruska (Dkt. # 9-1 at 2-23).

Dated this 10th day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO AMEND - 1