Hon. Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.L., a minor student by and through is parents, BIN LANG and ZIYI ZHOU,<br><br>Plaintiff,<br><br>v.<br><br>BELLEVUE SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:19-cv-01454-RSL<br><br>**ORDER REMANDING REMAINING CLAIMS TO STATE COURT** |

THIS MATTER having come before the Court on the parties' Stipulation to Remand Case to King County Superior Court. Having reviewed the parties' Stipulation and the remainder of the case file, IT IS HEREBY ORDERED:

1. Good cause exists to remand the case to King County Superior Court. The stipulation of the parties is approved.

2. This matter is hereby remanded to King County Superior Court for all further proceedings.

3. Neither party shall recover costs or fees from the other.

4. The Clerk of Court is directed to immediately transfer this matter to the King County Superior Court and close the file.

ORDER REMANDING REMAINING CLAIMS
Page 1

Dated this 15th day of April, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge